It is so ordered.

s/James G. Carr
Sr. United States District Judge

IN THE NORTHERN DISTRICT OF OHIO
UNITED STATES DISTRICT COURT
WESTERN DIVISION

| | | |
|---|---|---|
| GRETA MCGEE, | ) | CASE NO.:  3:19-cv-00970-JGC |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| -vs- | ) | |
| | ) | |
| MOBILOANS LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | ***WITHOUT* PREJUDICE** |
| Defendant. | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) ("before the opposing party service either an answer or a motion for summary judgment"), Plaintiff hereby files this Notice of Dismissal of this action without prejudice.

Respectfully submitted,

/s/Ronald I. Frederick
Ronald I. Frederick (0063609)
Michael L. Berler (0085728)
Michael L. Fine (0077131)
Frederick & Berler LLC
767 E 185th Street
Cleveland, OH  44119
Email: ronf@clevelandconsumerlaw.com
Email: mike@clevelandconsumerlaw.com
Email: michaelf@clevelandconsumerlaw.com
Phone: (216) 502-1055
Fax: (216) 609-0750
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify on this 21ST day of August 2019 that a copy of this pleading was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/Ronald I. Frederick*
                                                Ronald I. Frederick (#0063609)
                                                Frederick & Berler LLC
                                                *Attorney for Plaintiff*